**Order entered September 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01058-CV

### LINDA SPROWL, Appellant

### V.

### MERCEDES P. STILES, ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03714**

## ORDER

The clerk's record has been filed. Appellant requested a reporter's record of the hearing held on May 2, 2018. By letter dated September 17, 2018, the court reporter informed the Court that no record was taken of the May 2 hearing. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file a brief by **October 29, 2018**.

/s/     ADA BROWN
        JUSTICE